July 10, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

SAMMONS & BERRY, P.C. F/K/A VASQUEZ & SAMMONS, L.L.C.,
Appellant

NO. 14-13-00070-CV                    V.

NATIONAL INDEMNITY COMPANY, ROBERT L. "PETE" McKINNEY, THE
McKINNEY LAW FIRM, and McKINNEY & McKINNEY, P.C., Appellees

—————————————————————

This cause, an appeal from the judgment in favor of appellees, National Indemnity Company Robert L "Pete" McKinney, The McKinney Law Firm, and McKinney & McKinney, P.C., signed November 19, 2012 was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Sammons & Berry, P.C. f/k/a Vasquez & Sammons, L.L.C. to pay all costs incurred in this appeal.

We further order this decision certified below for observance.